**Kevin PENNINGTON Plaintiff-Appellant**

v.

**ARKANSAS GAME & FISH COMMISSION, originally named as Arkansas Game and Fish Defendant-Appellee**

No. 17-2338

United States Court of Appeals, Eighth Circuit.

Submitted: March 1, 2018

Filed: March 9, 2018

Kevin Pennington, Pro Se

James F. Goodhart, General Counsel, John Parker Marks, Arkansas Game & Fish Commission, Little Rock, AR, for Defendant-Appellee

Before GRUENDER, MURPHY, and SHEPHERD, Circuit Judges.

of Missouri.

PER CURIAM.

Kevin Pennington appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action against his former employer, the Arkansas Game and Fish Commission, in which he asserted claims of failure to promote, as well as discriminatory and retaliatory termination. Upon careful de novo review, we conclude that summary judgment was proper. See Gibson v. Am. Greetings Corp., 670 F.3d 844, 852-54 (8th Cir. 2012) (standard of review; in absence of direct evidence of discrimination, Title VII claims are analyzed under burden-shifting framework: if plaintiff establishes prima facie case, defendant may rebut by articulating legitimate nondiscriminatory reason for adverse employment action; in response, plaintiff must prove reason was pretextual); Twymon v. Wells Fargo & Co., 462 F.3d 925, 935 (8th Cir. 2006) (to prove pretext, plaintiff must both discredit asserted reason for adverse employment action and show that circumstances permit reasonable inference that real reason for adverse action was unlawful discrimination).

Accordingly, we affirm the judgment. See 8th Cir. R. 47B.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.